UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEREK BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00105-JPH-MG |
| | ) |
| RODNEY CUMMINGS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ENTRY DISCUSSING FILING FEE**

Plaintiff, Derek Boyd, has not paid the $402 filing fee prescribed by Congress. *See* 28 U.S.C. § 1914(a). He also appears to have "struck out" under 28 U.S.C. § 1915(g). That statute "prohibits a prisoner from proceeding [*in forma pauperis*] if, on 3 or more occasions during his imprisonment, he has brought an action . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted." *Turley v. Gaetz*, 625 F.3d 1005, 1006 (7th Cir. 2010). The "sole statutory exception" is if "the prisoner is under imminent danger of serious physical injury." *Id.* Mr. Boyd has not alleged imminent danger, and he has had at least three prior cases dismissed for failure to state a claim or for being frivolous or malicious.

1) *Boyd v. Carter et al.,* No. 1:22-cv-00694-JPH-MPB (S.D. Ind. June 24, 2022) (dismissing action as frivolous and malicious);

2) *Boyd v. Johnson et al.,* No. 1:21-cv-03081-JRS-TAB (S.D. Ind. May 27, 2022) (dismissing action for failure to state a claim);

1

3) *Boyd v. Dugger et al.,* No. 1:21-cv-03083-JRS-MPB (S.D. Ind. Mar. 11, 2022) (dismissing action as frivolous).

Therefore, Mr. Boyd shall have through **March 31, 2023,** to pay the $402 filing fee to the clerk of the district court. Failure to do so will result in dismissal of this action without further notice.

**SO ORDERED.**

Date: 3/10/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DEREK BOYD
273507
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only