# UNITED STATES DISTRICT COURT

## INDIANAPOLIS DIVISION

Derek Boyd - Plaintiff,

V.   No. 2:23-cv-105-JPH-MG

City of Anderson et. al., Defendants.

> The Court acknowledges the Motion to Dismiss without Prejudice, dkt. 6.
> JPH, 3/17/2023
> Distribution via ECF.

**FILED**
**03/15/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# MOTION TO DISMISS

## WITHOUT PREJUDICE

Plaintiff E-Filed this Cases Complaint from Putnamville Yesterday 3-8-23 but the Complaint specifically identifies Indianapolis Division District in the documents. Plaintiff's injuries occurred in Indianapolis Division District, all Defendants are in Indianapolis District, it could cause prejudice this could easily avoid if the Clerk would file it in the Division identified in Complaint. Consider and GRANT Voluntary Dismissal.

The Plaintiff will no longer be residing in Putnam County either as of 3-10-2023. Paper copies have been mailed to Indianapolis on 3-10-2023 to be filed

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

(1) If executed without the United States: I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).

(Signature) Derek Lee Boyd     date 3-9-2023

## Verification

I, Derek Lee Boyd, Plaintiff do herein verify that all the foregoing representations are true, correct and complete, to the best of my informed knowledge and belief. Done in accordance with Title 28 USC § 1746 (1) 'Without the United States'.

Executed This Day 9 of March 2023.

## CERTIFICATE OF SERVICE

I, Derek Boyd, Certify a Copy of these documents were mailed or E-Filed to all party on the above date.

/S/By: Derek Lee Boyd
Plaintiff Derek Lee Boyd